IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVIS E. McCLENDON,

    Petitioner,

v.                                   CASE NO. 4:09cv8-SPM/WCS

WALTER McNEIL.

    Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation. Doc. 23. Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 24. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's report and recommendation (doc. 23) is ADOPTED and incorporated by reference in this order.

2.     The 28 U.S.C. § 2254 petition for writ of habeas corpus filed by Davis E. McClendon challenging his conviction for attempted first degree murder in the Circuit Court of the Second Judicial Circuit, in and for Leon County,

Florida, case number 2003CF1797A, is denied.

     3.    No certificate of appealability will be issued because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 31st day of January, 2011.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge